Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

U.S. DISTRICT COURT
DIST[RICT OF MAINE]
FILED
2023 AUG 30 A 9:46
DEPUTY CLERK

Case No. _____
(to be filled in by the Clerk's Office)

ZELIA CORREIA
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

ROBERT HUTCHISON
Bayview Apartments LLC
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT AND REQUEST FOR INJUNCTION

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: ZELIA CORREIA
   Street Address: 15 Penobscot Terr, Apt C
   City and County: Belfast / Waldo County
   State and Zip Code: Maine 04915
   Telephone Number: 1-207-505-8278
   E-mail Address: zelia6677@hotmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
- Name: Robert Hutchison
- Job or Title (if known): Owner of Bayview Apartments LLC
- Street Address:
- City and County: Augusta / Kennebec County
- State and Zip Code: Maine
- Telephone Number: 1-207-841-4020
- E-mail Address (if known): SAILORBOB74@gmail.com

Defendant No. 2
- Name: Bayview Apartments LLC
- Job or Title (if known): Complex (apartments)
- Street Address: Bayview Apartments P.O. Box 195
- City and County: Bath / Sagadahoc County
- State and Zip Code: Maine 04530
- Telephone Number: 207-389-4416
- E-mail Address (if known): DOWNEAST74@gmail.com

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

- Fair Housing Act
- Human Rights Act
- Discrimination Act
- Civil Rights
- Fair Housing Interference
- Fourth Amendment

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* ZELI CORREIA, is a citizen of the State of *(name)* Maine.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* ROBERT HUTCHISON & Bayview Apts LLC, is a citizen of the State of *(name)* Maine. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

- Violation of Civil Rights.
- Discrimination / To Maine Human Rights Commission
- Interference of Fair Housing Act - Accommodations
- To Make Plaintiff while is Disabled
- Fourth Amendment violation

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

At Bayview Apartments / To owner Russel Hutchison Interfered w/ civil rights / Fourth Amendment / Discriminated against plaintiff - Hutchison attempted to make the disabled plaintiff Homeless / Non-Repairs / Maine Human Rights Act / Contract Breach / warranty violations / Bayview Apartments to make unhabitable to plaintiff Discriminated. See Documents Attached

B. What date and approximate time did the events giving rise to your claim(s) occur?

- See Decision of the Maine Human Rights Commission
- See Maine Housing interference to illegally evict the plaintiff
- Fair Housing interference - July 2020, Nov 2018, Oct 2023.
- 2018-2023 Human Rights Act / Fair Housing Act / Discrimination
- See Attached Documents / Statements

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

- Robert Hutchison & Bayview Apartments have attempted to evict the plaintiff illegally by interfering with Fair Housing Accomodations + Act. Was dismissed for Human Rights. The Maine Human Rights Commission Decided
- Violated civil Rights by turning Bayview apt LLC to market value then attempted to cause harm to the disabled plaintiff by making her homeless
- Violated the Disabilities Act        • contract Breach 2018 2022-2023
- Violated 4th Amendment              • warrant Eviction 2018-2023

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

- physical + emotional Teasing. Traumatizing the plaintiff by discriminating and attempting to illegally evict the plaintiff. Plaintiff will never forget the hate from the defendants. This is saved to plaintiff for life. Knowing the defendants tried to unhouse the disabled plaintiff.

- See attachments Documents / Statements

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Robert Hutchison - Civil Rights 1.8 million dollars
- Fair Housing criminal interference 2 million dollars
- Fourth Amendment Rights 1.5 million dollars
- Disabilities Accomodations 1.5 million Dollars
- Breach of Contract 100 thousand dollars
Total 6.8 million 100 thousand dollars

Bayview Apartments - Civil Rights 1.8 million dollars
- Fair Housing Act criminal Interferance 2 million dollars
- Fourth Amendment Rights 1.5 million dollars
- Disabilities Act 1.5 million
- Disabilities Act 100 thousand dollars
Total 6.8 million 100 thousand dollars

† See attached Documents.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *August 30, 2023*

Signature of Plaintiff: *Zelia Correia*
Printed Name of Plaintiff: ZELIA M. CORREIA

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address